**STATEMENT OF FACTS**

On September 18, 2014, members of the Metropolitan Police Department's, Seventh District's Detective's office, executed a search warrant at 637 Raleigh Place, SE, Washington, D.C., in connection to an armed robbery which occurred on July 29, 2014. Officers entered and secured the residence. Officers conducted a search of defendant John House's bedroom and recovered a 9mm handgun. The defendant was placed under arrest. After the arrest defendant House admitted to officers that the gun belonged to him. To the best of the undersigned detective's knowledge, defendant House, has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in the District Court for the District of Columbia, Criminal Case No. 13-CR-034-02. Before filing this complaint, the detective reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime.

_____
DETECTIVE BRIAN BROWN
METROPOLITAN POLICE DEPARTMENT
SEVENTH DISTRICT

SWORN AND SUBSCRIBED BEFORE ME ON THE _____ DAY OF SEPTEMBER, 2014.

_____
U.S. MAGISTRATE JUDGE